# UNITED STATES DISTRICT COURT
### DISTRICT OF MONTANA
### MISSOULA DIVISION

| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>**Date of Original Judgment:** 7/6/2022 (Doc. 94)<br>NOTE: Changes are identified by (*) |
|---|---|
| v. | |
| TAYLOR ANTHONY BEESON | Case Number: CR 16-4-M-DLC-1<br>USM Number: 16153-046 |
| | Defendant's Attorney: Sarah Lockwood |

## THE DEFENDANT:

| ☐ | admitted guilt to violation of condition(s) | of the term of supervision. |
|---|---|---|
| ☒ | was found in violation of condition(s) | Standard Condition 1 (Violation 1), Special Conditions 2–3 (Violations 2–3), and Mandatory Condition 3 (Violation 4) after denial of guilt. |

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 (Stand. Cond. 1) | Failure to Timely Report | 4/25/2022 |
| 2 (Spec. Cond. 2) | Alcohol Use | 5/13/2022 |
| 3 (Spec. Cond. 3 | Failure to Participate in Substance Abuse Testing | 6/1/2022 |
| 4 (Mand. Cond. 3) | Use of Controlled Substances | 6/2/2022 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. 5716

Defendant's Year of Birth: 1993

City and State of Defendant's Residence:

_____

July 6, 2022*
Date of Imposition of Judgment

*/s/ Dana L. Christensen*
Signature of Judge

Dana L. Christensen, District Judge
United States District Court
Name and Title of Judge

July 6, 2022*
Date

DEFENDANT:        TAYLOR ANTHONY BEESON
CASE NUMBER:      CR 16-4-M-DLC-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **24 months.**

☐   The court makes the following recommendations to the Bureau of Prisons:

☒   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____   ☐ a.m.   ☐ p.m.   on _____

    ☐ as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

    Defendant delivered on _____ to

at _____, with a certified copy of this judgment.

 

UNITED STATES MARSHAL

By
DEPUTY UNITED STATES MARSHAL

DEFENDANT:       TAYLOR ANTHONY BEESON
CASE NUMBER:     CR 16-4-M-DLC-1

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: **No Supervised Release to Follow.**